UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
RIDGE PLAZA PROFESSIONAL CENTER                                         :
CONDOMINIUM OWNERS ASSOCIATION, INC.,                                   :
                                                                        :
                        Plaintiff,                                        :        25 Civ. 5838 (JPC)
                                                                        :
          -v-                                                  :        <u>ORDER</u>
                                                                        :
MT. HAWLEY INSURANCE COMPANY,                                           :
                                                                        :
                        Defendant.                                        :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On July 10, 2025, the Honorable Ricardo H. Hinojosa granted Defendant's motion to transfer this case to this District. *See* Minute Entry dated July 10, 2025. The parties are directed to submit a proposed case management plan and scheduling order by July 23, 2025, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

       SO ORDERED.

Dated: July 16, 2025
       New York, New York

                                                                       JOHN P. CRONAN
                                                                     United States District Judge